IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDIA HOLDINGS LIMITED;<br><br>      Petitioner,<br><br>v.<br><br>YICHAO YANG;<br><br>      Respondent. | Civil Action No. 1:24-cv-4018 |

**DEFAULT JUDGMENT**

THIS MATTER is before Court Petitioner Media Holdings Limited's Petitioner's Motion for Default Judgment or, in the Alternative, Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure Rule 55(b) and Local Civil Rule 55.2. On consideration of the motion, and for the reasons set forth in Petitioners' Petitioner's Motion for Default Judgment or, in the Alternative, Motion for Summary Judgment, Petitioners' motion for default judgment is GRANTED.

It is further ORDERED AND DECREED that judgment is entered against Respondent Yichao Yang and in favor of Petitioner Media Holdings Limited in the amount of $103,038,846.26 plus pre-judgment interest at a rate of nine percent per annum accruing from October 18, 2022, until today's date. The judgment shall also bear post-judgment interest at the statutory rate of interest.

*The Clerk is directed to terminate ECF No. 28 and to close this case.*

SO ORDERED, this the 13th day of November, 2024.

_____
J. PAUL OETKEN
United States District Judge