**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| MEDIA HOLDINGS LIMITED;<br><br>                     Petitioner,<br><br>    v.<br><br>YICHAO YANG;<br><br>                    Respondent. | Civil Action No. 1:24-cv-4018 |

**ORDER COMPELLING DISCLOSURES**

THIS MATTER came before the Court on Petitioner Media Holdings Limited's Local Rule 37.2 Motion.  On consideration of the motion, the arguments of counsel at the discovery conference held on January 13, 2026, and for good cause shown, the Court hereby ORDERS as follows:

1.    Within 30 days of the date of this Order, Baozhu Li ("Li") shall respond to the following Interrogatories in Petitioner's Discovery Requests to Baozhu Li;

> 5. List all bank, trust, brokerage, or investment accounts that you own or had signing authority over since January 1, 2018.

> 6. With respect to any account identified in response to Interrogatory No. 5, list all Persons who had access to any of identified account and the time period during which he/she had access.

> 7. Identify all transactions you have received or sent in excess of $15,000 since January 1, 2018.

> 8. Explain what money was used to fund Interactive Brokers, LLC account ending in -5139, including whom you acquired the money from.

> 9. State the name and present address of each accountant, bookkeeper or other person engaged or employed to provide advice regarding or management of Your Assets.

2.       Within 30 days of the date of this Order, Li shall respond to the following Requests for Production of Documents in Petitioner's Discovery Requests to Baozhu Li;

3. All Communications with any Person in which anything Related to Assets is discussed.

4. All Communications with Yichao Yang in which anything Related to Assets is discussed.

6. Your tax returns for all countries and local jurisdictions in which you filed taxes since January 1, 2019.

7. All monthly account statements with check images if applicable with respect to any account identified in response to Interrogatory No. 5.

8. Documents sufficient to show all direct or indirect transfers of Assets between You and Yichao Yang or anyone acting on Yichao Yang's behalf.

20. All Communications with FangFang Zhang.

21. Documents sufficient to show all transfers of assets with FangFang Zhang.

3.       Within 30 days of the date of this Order, Li shall respond to the following Request for Production of Documents in Petitioner's First Request for Inspection and Second Request for Production of Documents; and

Any passport that has been issued to You by any country (including the United States and China).

4.       If Li fully complies with Document Requests and produces the responsive documents, Li shall be relieved of any obligation to respond to the First Request for Inspection.

5.       If Li continues to respond "None" in response to Document Request Nos. 3, 4, and/or 8 in Petitioner's Discovery Requests to Baozhu Li, then, within thirty days of this Order, Li shall comply with Petitioner's First Request for Inspection and allow Petitioner, through counsel, to inspect and copy data stored on any cell phones, tablets, or computers in Li's possession, custody, or control (hereinafter, the "Devices"), whereby Petitioner will make a

forensic image of the Devices and then return the Devices to Li. In lieu of physically producing the Devices, Li may send Petitioner, through counsel, a forensic image of the Devices. Such forensic image should be an exact copy of the Devices, containing all the files visible to the operating system, as well as deleted files. Petitioner will reimburse Li for the reasonable costs incurred to make a forensic image of the Devices. In analyzing the data on the Devices, Petitioner agrees to work with Li's counsel in good faith to set protocols to screen privileged information.

SO ORDERED.

Dated: March 16, 2026
       New York, New York

_____
J. PAUL OETKEN
United States District Judge