UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEDIA HOLDINGS LIMITED,

                       Petitioner,

     -v-

YICHAO YANG,

                       Respondent.

24-CV-4018 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Petitioner Media Holding Limited has filed a motion on the docket requesting a conference pursuant to Local Rule 37.2. (ECF No. 60.) Petitioner requests this pre-motion conference to address its anticipated motion seeking sanctions.

The Court will hold a call with Petitioner and interested party Baozhu Li on June 9, 2026, at 11:00 AM. Counsel for Petitioner and Ms. Li should call (855) 244-8681 at the scheduled time. The access code is 2312 828 7066.

The Clerk of Court is directed to close the motion at ECF No. 60.

Counsel for Petitioner is instructed to provide a copy of this Order to Ms. Li.

SO ORDERED.

Dated: May 20, 2026
       New York, New York

                                     _____
                                         J. PAUL OETKEN
                                 United States District Judge