**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X
MEDIA HOLDINGS LIMITED,

Petitioner,

-against-

24 **CIVIL** 4018 (JPO)

# JUDGMENT
**For Attorney's Fees**

YICHAO YANG,

Respondent.
--------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated September 4, 2026, Petitioner's application for attorney's fees in the amount of $39,975.50 is GRANTED. Baozhu Li is hereby ordered to pay the amount of $39,975.50 in attorney's fees to Petitioner Media Holdings Limited.

**Dated:** New York, New York

September 9, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**